1
2
3
4
5
6
7
8
9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12   CHRISTOPHER RIDER,                          1:07-cv-01340-LJO-WMW  (PC)

13          Plaintiff,                           ORDER DENYING MOTION FOR
14                                               APPOINTMENT OF COUNSEL
        v.
15                                               (DOCUMENT #10)
     JAMES YATES, et al.,
16

17          Defendants.
                                          /
18

19          Plaintiff has requested the appointment of counsel.  The United States Supreme Court

20   has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

21   cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109

22   S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary

23   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th

24   Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek

25   volunteer counsel only in the most serious and exceptional cases.

26          In the present case, the court does not find the required exceptional circumstances.  See

27   Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has

28   made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This

                                             -1-

court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of

counsel shall be denied.

In accordance with the above, plaintiff's request for the appointment of counsel is

HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 17, 2007**          **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

-2-