IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. RIDER,

        Plaintiff,        1: 07 CV 1340 LJO WMW PC

  vs.                      FINDINGS AND RECOMMENDATION RE MOTION FOR INJUNCTIVE RELIEF  (DOC 19)

JAMES YATES, et al.,

        Defendants.

      Plaintiff has filed a motion seeking a court order to direct officials at High Desert State Prison to issue him certain items of his personal property.  This action proceeds against Defendants at Pleasant Valley State Prison for civil rights violations that are alleged to have occurred at Pleasant Valley.   None of the defendants in this action are employed at High Desert State Prison.

      The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).  Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

twenty days after being served with these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   February 5, 2009**                              /s/  **William M. Wunderlich**
                                                                             UNITED STATES MAGISTRATE JUDGE