# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | 1:07-cv-01340-LJO-YNP-SMS (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 On February 4, 2010, an order was entered, finding that the June 12, 2008, first amended complaint stated a claim against Defendants Huckabee, Deathridge and Rangerl for violation of the First Amendment.  Plaintiff was also advised that the first amended complaint failed to state a claim as to the supervisory defendants.  Plaintiff was granted leave to file a second amended complaint.  Plaintiff was specifically advised that should he fail to file a second amended complaint, this action would proceed on the first amended complaint against Defendants Huckabee, Deathridge and Ranger.  Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

> HUCKABEE
>
> S. DEATHRIDGE
>
> A. RANGEL

    2.       The Clerk of the Court shall send Plaintiff three USM-285 forms, three summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed June 12, 2008.

    3.       Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.       Completed summons;

        b.       One completed USM-285 form for each defendant listed above; and

        c.       Four copies of the endorsed first amended complaint filed June 12, 2008.

    4.       Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5.       <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 15, 2010**                         /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE