IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. RIDER,

    Plaintiff,                                1: 07 CV 01340 LJO MJS PC

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#30)

JAMES YATES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 24, 2010, findings and recommendations were entered, recommending dismissal of Defendants Yates, Grannis, Shannon and Voss for Plaintiff's for failure to state a claim upon which relief can be granted.  Plaintiff was provided an opportunity to file objections within thirty days.  On September 22, 2004, plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  proper analysis.

2  Accordingly, THE COURT HEREBY ORDERS that:

3  1. The Findings and Recommendations issued by the Magistrate Judge on March
4  24, 2010, are adopted in full; and

5  2. Defendants Yates, Grannis, Shannon and Voss are dismissed for Plaintiff's
6  failure to state a claim for relief against them.

12  IT IS SO ORDERED.

13  Dated:   April 29, 2010                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE