# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. RANGEL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-1340-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(ECF Nos. 38 & 48)<br><br>PLAINTIFF SHALL PAY $350 FILING FEE WITHIN THIRTY DAYS OR CASE WILL BE DISMISSED WITHOUT PREJUDICE |

　　　Plaintiff Christopher S. Rider, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On January 13, 2011, the Magistrate Judge filed a Findings and Recommendation recommending that Defendants' Motion to Dismiss be granted in so far as it asked that Plaintiff's in forma pauperis status be revoked based on his litigation history. (ECF No. 48.) Plaintiff filed objections to the Findings and Recommendation in which he denies filing the three lawsuits that the Court found were dismissed for failure to state a claim. (ECF No. 50.) The Court has reviewed Plaintiff's objections and finds that they are fantastical and should be disregarded.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 13, 2011, is adopted in full;
2. Defendants' Motion to Dismiss is GRANTED to the extent it seeks revocation of Plaintiff's in forma pauperis status;
3. Plaintiff's in forma pauperis status is REVOKED; and
4. Plaintiff shall pay the full filing fee within thirty days or the case will be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 7, 2011**                               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE